HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SERGIO ARMANDO VALENCIA-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-mj-00094-EPG |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE BOND;  ORDER |
| vs. | |
| SERGIO ARMANDO VALENCIA-OCHOA, | |
| Defendant. | |

Defendant Sergio Armando Valencia-Ochoa hereby moves this Court to exonerate the bond that was posted in this matter on June 30, 2022, July, 11, 2022, and July 21, 2022, pursuant to Rule 46 of the Federal Rules of Criminal Procedure.  *See* ECF Dkt. #s 5, 6, 9, and 11.

On June 15, 2022, this Court ordered Mr. Valencia-Ochoa released on conditions, including that he surrenders his passport and post a property bond and the certificate of title for a 2016 Chevrolet Malibu.  ECF Dkt. # 4 (hearing minutes).  The passport and certificate of title-pink slip for the vehicle were posted on June 30, 2022. *See* ECF Dkt. #s 5 and 6.

//

//

| 06/30/2022 | 5 | COLLATERAL RECEIVED as to Sergio Armando Valencia-Ochoa: MEXICO Passport from Sergio Armando Valencia-Ochoa, Passport Number 1557364. (Maldonado, C) (Entered: 06/30/2022) |
|---|---|---|
| 06/30/2022 | 6 | COLLATERAL RECEIVED as to Sergio Armando Valencia-Ochoa: Certificate of Title-Pink Slip (Salvaged Title) 2016 Chevrolet Malibu, CA LP #8LAA705, VIN #1G1ZB5ST6GF332921. Entered in non-cash collateral log and placed in vault. (Maldonado, C) (Entered: 06/30/2022) |

On July 11, 2022, the remaining condition was satisfied when Ms. Lopez filed a copy of a deed and trust and original straight note for her property. ECF Dkt. # 9. A copy of the original deed of trust was filed shortly thereafter, on July 21, 2022. ECF Dkt. # 11.

| 07/11/2022 | 9 | COPY OF DEED OF TRUST #2022-0043358 and Original Straight Note RECEIVED, posted by Marilu Lopez as to Sergio Armando Valencia-Ochoa. (Flores, E) (Entered: 07/12/2022) |
|---|---|---|
| 07/21/2022 | 11 | COLLATERAL RECEIVED as to Sergio Armando Valencia-Ochoa: ORIGINAL Deed of Trust posted by Marilu Lopez No. 2022-0043358. (Marrujo, C) (Entered: 07/21/2022) |

On July 11, 2022, the Court signed the Appearance and Compliance Bond and the Order Setting Conditions of Release. ECF Dkt. #'s 7-8.

Mr. Valencia-Ochoa appeared in the Western District of Missouri, as ordered, and remained out of custody throughout his case, for more than three years, without violating the terms of his pretrial release. *See* Ex. A (Docket Sheet, Western District of Missouri, Case 4:22-cr-00125-BP).

On October 25, 2024, pursuant to a plea agreement, Mr. Valencia-Ochoa entered a change of plea to Count Three of the Superseding Indictment, and on October 16, 2025, the Court sentenced him to serve 54 months in custody, with a term of 36 months of supervised release to follow. Ex. A, Dkt. # 1191-193 (change of plea hearing minutes; consent to entry of felony plea before magistrate judge, plea agreement), 1550-551 (sentencing hearing minutes; judgment and commitment). The Bureau of Prisons' inmate locator confirms that Mr. Valencia-Ochoa is currently serving his sentence at Fort Dix FCI. Mr. Valencia-Ochoa's Register Number is 05130-510.

Since Mr. Valencia-Ochoa is no longer on pretrial release, and thus, no conditions remain to be satisfied, it is requested that the Court exonerate the bond and order the return of all posted collateral to Ms. Lopez—including Mr. Valencia-Ochoa's passport, the certificate of title for Ms. Lopez's Chevrolet Malibu, and the property documents, including the copy of deed and trust, original straight note, and original deed of trust—pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 7, 2026          */s/Christina M. Corcoran*
                                CHRISTINA M. CORCORAN
                                Assistant Federal Defender
                                Attorney for Defendant
                                SERGIO ARMANDO VALENCIA-OCHOA

**ORDER**

The Court finds that Sergio Armando Valencia-Ochoa has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of Court exonerate the bond in the above-captioned case and return the passport, certificate of title, and property documents to Marilu Lopez, whose mailing address is on file with the Office of the Federal Defender.

IT IS SO ORDERED.

Dated: __**January 7, 2026**__          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE